UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---

DOMINGO LACHAPEL CASTILLO,
               Plaintiff,

      - against -

PICHARDO 2230 RESTAURANT CORP., ET AL.,
               Defendants.

21-cv-8756 (JGK)

ORDER
---

JOHN G. KOELTL, District Judge:

    The time for the defendants to respond to the complaint is extended to **January 14, 2022**. The conference scheduled for January 27, 2022 is canceled.

SO ORDERED.

Dated:    New York, New York
             December 21, 2021

                                               John G. Koeltl
                                     United States District Judge