UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DOMINGO LACHAPEL CASTILLO,

                Plaintiff,

    - against -

PICHARDO 2230 RESTAURANT CORP. ET AL.,

                Defendants.

21-cv-8756 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

The defendants' answers were due by January 14, 2022. The time for the defendants to answer is extended to February 12, 2022. If any of the defendants fail to answer by then, the plaintiff may seek a default judgment against that defendant.

SO ORDERED.

Dated:    New York, New York
            January 27, 2022

                                          John G. Koeltl
                                    United States District Judge