UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DOMINGO LACHAPEL CASTILLO,

        Plaintiff,

- against -

PICHARDO 2230 RESTAURANT CORP. ET AL.,

        Defendants.

21-cv-8756 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

The defendants' answers were due by January 14, 2022. On January 27, 2022, the Court extended the time to answer to February 12, 2022. ECF No. 20. The defendants have since failed to answer.

In the Court's January 27, 2022 Order, the Court indicated that the plaintiff could seek a default judgment against any defendant that failed to answer by February 12, 2022. Id. The plaintiff has not yet done so. The time for the plaintiff to seek a default judgment is extended to **March 21, 2022**. If the plaintiff fails to seek a default judgment by then, the case will be dismissed for failure to prosecute.

SO ORDERED.

Dated:    New York, New York
           February 28, 2022

                                            John G. Koeltl
                                       United States District Judge