

Sacco & Fillas, LLP
Attorneys at Law

March 21, 2022

31-19 Newtown Avenue
Seventh Floor
Astoria, NY 11102

Tel: 718 746-3440
Direct: 718 269-2243
Direct Fax: 718 559-6517

ctucker@saccofillas.com
www.saccofillas.com

Tonino Sacco*
Elias N. Fillas
Luigi Brandimarte*

Elizabeth A. Athenas
Joseph Badalov
James R. Baez*
Alexander Berger*
Boris Bernstein*
Eric S. Cantor
David A. Craven
Alex Diaz
Kurt A. Doiron
Joanne Ciaramella
Ronald B. Groman
Zachary S. Kaplan
Joseph Katz
James Kim
Elliot L. Lewis
Patricia R. Lynch
Albert R. Matuza, Jr.
Patrick J. McGrath
Lamont K. Rodgers
Richard E Schirmer
Morris J. Schlaf*
David E. Silverman
Cindy S. Simms
Michael A. Simon
U. William Sung
Clifford R. Tucker
Michael S. Warycha
Dana M. Whitfield
James A. Wolff

*Also admitted in New Jersey

Bayside Office:

42-40 Bell Boulevard
Suite 300
Bayside, NY 11361

New Jersey Office:

2160 North Central Road
Suite 100-3
Fort Lee, NJ 07624

JUDGE JOHN G. KOELTL
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312
koeltlnysdchambers@nysd.uscourts.gov

Re:       Castillo v. Pichardo 2230 Restaurant Corp. et al
CASE #:   1:21-cv-08756-JGK

Your Honor,

This office represents Plaintiff in the above-captioned action. We submit this letter to respectfully request a two-week extension to submit the necessary motion papers to move for default judgment.

There have been no previous requests for extension of time to move for default judgment. There is no adversary. Accordingly, this submission is unopposed. The reason for the request is to obtain further necessary information concerning the motion for default judgment.

The original date to move for default judgment is March 21, 2022.

The undersigned respectfully requests until April 4, 2022, to submit the motion for default judgment.

We thank the Court for the time and attention to this matter.

Very Truly Yours, etc.

By: _____/s/ Clifford Tucker_____
       Clifford Tucker, Esq.

APPLICATION GRANTED
SO ORDERED

3/21/22

John G. Koeltl, U.S.D.J.