UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DOMINGO LACHAPEL CASTILLO,
                Plaintiff,

21-cv-8756 (JGK)

- against -

ORDER

PICHARDO 2230 RESTAURANT CORP., ET AL.,
                Defendants.

---

JOHN G. KOELTL, District Judge:

    The time for the plaintiff to file an order to show cause for a default judgment is extended to **April 20, 2022**.

SO ORDERED.

Dated:    New York, New York
           April 6, 2022

                                          John G. Koeltl
                                          United States District Judge