**S&F**

**Sacco & Fillas, LLP**
**Attorneys at Law**

April 18, 2022

31-19 Newtown Avenue
Seventh Floor
Astoria, NY 11102

Tel: 718 746-3440
Direct: 718 269-2243
Direct Fax: 718 559-6517

ctucker@saccofillas.com
www.saccofillas.com

Tonino Sacco*
Elias N. Fillas
Luigi Brandimarte*

Elizabeth A. Athenas
Joseph Badalov
James R. Baez*
Alexander Berger*
Boris Bernstein*
Eric S. Cantor
David A. Craven
Alex Diaz
Kurt A. Doiron
Joanne Ciaramella
Ronald B. Groman
Zachary S. Kaplan
Joseph Katz
James Kim
Elliot L. Lewis
Patricia R. Lynch
Albert R. Matuza, Jr.
Patrick J. McGrath
Lamont K. Rodgers
Richard E Schirmer
Morris J. Schlaf*
David E. Silverman
Cindy S. Simms
Michael A. Simon
U. William Sung
Clifford R. Tucker
Michael S. Warycha
Dana M. Whitfield
James A. Wolff

*Also admitted in New Jersey

**Bayside Office:**

42-40 Bell Boulevard
Suite 300
Bayside, NY 11361

**New Jersey Office:**

2160 North Central Road
Suite 100-3
Fort Lee, NJ 07624

JUDGE JOHN G. KOELTL
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312
koeltlnysdchambers@nysd.uscourts.gov

Re: Castillo v. Pichardo 2230 Restaurant Corp. et al
CASE #: 1:21-cv-08756-JGK

Your Honor,

This office represents Plaintiff in the above-captioned action. We submit this letter to respectfully an extension of time to submit the order to show cause for default judgment on the First Amended Complaint after it is served and Defendants default.

The first date to move for default judgment on the Original Complaint was March 21, 2022. On March 21, 2022, this Court extended Plaintiff's time to move for default judgment. ECF No. 41. On March 31, 2022, this Court granted Plaintiff's motion for leave to file and serve a First Amended Complaint. ECF No. 42-43.

On April 4, 2022, Plaintiff filed the First Amended Complaint, which has not yet been served. ECF No. 44.

Before service of the First Amended Complaint, This Court then ordered Plaintiff to move for default judgment by April 20, 2022. ECF No. 45.

Before Plaintiff can move for default judgment, Plaintiff must serve the First Amended Complaint. See Enron Oil Corp. v. Diakuhara, 10 F.3d 90, 93 (2d Cir. 1993) (default judgment on amended pleading would not be appropriate in the face of conflicting evidence as to whether that pleading was served on the defendant); O'Callaghan v. Sifre, 242 F.R.D. 69, 73 (S.D.N.Y. 2007) (for a plaintiff to be entitled to a default judgment on an amended pleading, there must be an adequate showing that the relevant amended pleading was duly served, under the relevant rules).

For the foregoing reasons, Plaintiff respectfully requests an extension of time to move for default judgment until after the First Amended Complaint is served and Defendants are in default.

We thank the Court for the time and attention to this matter.

*Plaintiff should serve the First Amended Complaint by April 29, 2022, and move by order to show cause for a default judgment (if appropriate) by May 20, 2022. So ordered. /s/ John G. Koeltl U.S.D.J. 4/19/22*

Very Truly Yours, etc.

By: _____/s/ Clifford Tucker_____
Clifford Tucker, Esq.