```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
---

DOMINGO LACHAPEL CASTILLO,

               Plaintiff,

   - against -

PICHARDO 2230 RESTAURANT CORP. ET AL.,

              Defendants.

21-cv-8756 (JGK)

<u>ORDER</u>

---

JOHN G. KOELTL, District Judge:

    The deadline for Pichardo 2230 Restaurant Corp. to answer the complaint was May 20, 2022. The time for Pichardo 2230 Restaurant Corp. to answer is extended to  6/10 , 2022.

SO ORDERED.

Dated:    New York, New York
            May 24, 2022

                                    /s/ John G. Koeltl
                                    John G. Koeltl
                                United States District Judge