```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
───────────────────────────────

**DOMINGO LACHAPEL CASTILLO,**

        Plaintiff,

  - against -

**PICHARDO 2230 RESTAURANT CORP. ET AL.,**

        Defendants.

───────────────────────────────

21-cv-8756 (JGK)

<u>ORDER</u>

**JOHN G. KOELTL, District Judge:**

The parties are directed to submit a Fed. R. Civ. P. 26(f) report by July 8, 2022.

**SO ORDERED.**

**Dated:**   New York, New York
        June 21, 2022

                                            /s/ John G. Koeltl
                                                John G. Koeltl
                                      United States District Judge