UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DOMINGO LACHAPEL CASTILLO,

        Plaintiff,

- against -

PICHARDO 2230 RESTAURANT CORP. ET AL.,

        Defendants.

21-cv-8756 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    The conference scheduled for June 30, 2022, at 11:30 a.m. is canceled.

SO ORDERED.

Dated:    New York, New York
           June 23, 2022

                                    John G. Koeltl
                              United States District Judge