UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DOMINGO LACHAPEL CASTILLO,
*individually and on behalf of others similarly situated,*

     Plaintiff,

- against -

PICHARDO 2230 RESTAURANT CORP,
EDWIN PICHARDO, DAVID PICHARDO,
and, RUBEN PICHARDO,

     Defendants.

Case No. 1:21-cv-08756-JGK

**JUDGMENT**

On  March 6, 2023 , Plaintiff filed a notice of acceptance of offer of judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure.

NOW, it is hereby ORDERED, ADJUDGED, AND DECREED, as follows: That the Plaintiff, DOMINGO LACHAPEL CASTILLO, has judgment against Defendants, PICHARDO 2230 RESTAURANT CORP, EDWIN PICHARDO, DAVID PICHARDO, and, RUBEN PICHARDO, jointly and severally, in the amount of one hundred and sixty-six thousand dollars and zero cents ($166,000.00), plus reasonable attorney's fees and costs for enforcement hereof, subject to the parties' settlement agreement and release dated  March 3 , 2023.

Dated:      March 7, 2023     *Jennifer Rochon*
                United States District Judge Jennifer L. Rochon

98939v2